ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                                  )
                                                             )
Johnson Controls Government Systems, LLC  )   ASBCA No. 63600
                                                             )
Under Contract No. W912DY-09-D-0017      )

APPEARANCE FOR THE APPELLANT:           Ron R. Hutchinson, Esq.
                                          Doyle & Bachman LLP
                                          McLean, VA

APPEARANCES FOR THE GOVERNMENT:         Michael P. Goodman, Esq.
                                          Engineer Chief Trial Attorney
                                         Edward J. McNaughton, Esq.
                                         Margaret P. Simmons, Esq.
                                          Engineer Trial Attorneys
                                          U.S. Army Corps of Engineers,
                                           Huntsville Center

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 11, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63600, Appeal of Johnson Controls Government Systems, LLC, rendered in conformance with the Board's Charter.

Dated:  October 11, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals